[No. 2755-1. Division One. May 3, 1976.]

LARRY LEE BAYNE, *Appellant*, v. TODD SHIPYARDS CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 734271, Solie M. Ringold, J., entered December 19, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 3100-1. Division One. May 3, 1976.]

DAVID POVSCHE, *Appellant*, v. PAUL SIMPLOT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 46762, Marshall Forrest, J., entered June 6, 1974. *Reversed* by unpublished opinion per Williams, C.J., concurred in by James and Andersen, JJ.

[No. 3050-1. Division One. May 3, 1976.]

PACIFIC NATIONAL BANK OF WASHINGTON, *Respondent*, v. RICHARD L. DEHART, ET AL, *Respondents*, NURSING HOME BUILDING CORPORATION, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 110991, Thomas G. McCrea, J., entered May 1, 1974. *Affirmed in part and remanded* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Callow, J.